# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BINDER, JOHN W. § Case No. 13-83366-TML
     BINDER, PAMELA A. §
  §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/15/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/11/2015        By:  /s/JAMES E. STEVENS
                                                                         Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BINDER, JOHN W. § Case No. 13-83366-TML
BINDER, PAMELA A. §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,399.40 |
| *and approved disbursements of* | $ 2,456.85 |
| *leaving a balance on hand of* [1] | $ 6,942.55 |
| **Balance on hand:** | $ 6,942.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,942.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,457.64 | 0.00 | 1,455.40 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 4,576.00 | 0.00 | 4,568.97 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 919.59 | 0.00 | 918.18 |

Total to be paid for chapter 7 administration expenses: $ 6,942.55
Remaining balance: $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00
Remaining balance:   $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $    0.00
Remaining balance:   $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,662.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 963.28 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 8,259.72 | 0.00 | 0.00 |
| 3 | Sallie Mae | 2,082.05 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank | 428.45 | 0.00 | 0.00 |
| 5 | Capital Recovery V, LLC | 2,748.64 | 0.00 | 0.00 |
| 6 | Capital Recovery V, LLC | 4,197.68 | 0.00 | 0.00 |
| 7 | Citibank, N.A. | 4,982.46 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $    0.00
Remaining balance:   $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:  $     0.00


Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 13-83366-TML
John W. Binder                                                    Chapter 7
Pamela A. Binder
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Jun 19, 2015
                              Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2015.
```
db/jdb         +John W. Binder,    Pamela A. Binder,    5729 Haddon Place,    Rockford, IL 61114-5457
21051905        American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
21621218        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21051906       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
21051910        CITI BANK,    1000 Technology Dr.,    MS 5414,    O Fallon, MO 63368-2240
21051907        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
21485764        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21051908        Chase,    PO Box 15298,    Wilmington, DE 19850-5298
21051909        Chase Home Finance,    PO Box 29505,    Phoenix, AZ 85038-9505
21051912       +David Binder,    5729 Haddon Place,    Rockford, IL 61114-5457
21051914       +Disney Vacation,    1390 Celebration Blvd,    Celebration, FL 34747-5166
21051915        First National Bank of Omaha,    P.O. Box 2557,    Omaha, NE 68103-2557
21051917       +Integrity Solution Services,    4370 W 109th Street,    Suite 100,    Overland Park, KS 66211-1316
21051919       +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
21051920       +Northland Group,    P.O. Box 390846,    Edina, MN 55439-0846
21051923        Sears Credit Services,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
21051924        Union Plus Credit Card,    P.O. Box 80027,    Salinas, CA 93912-0027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21706750        E-mail/PDF: rmscedi@recoverycorp.com Jun 20 2015 00:36:36      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21725642        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2015 00:44:55      Citibank, N.A.,
                c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
21418842        E-mail/Text: bankruptcy@commercebank.com Jun 20 2015 00:39:55      Commerce Bank,
                P O BOX 419248,    KCREC-10,    Kansas City, MO 64141-6248
21051911       +E-mail/Text: bankruptcy@commercebank.com Jun 20 2015 00:39:55      Commerce Bank Card Center,
                P.O. Box 411036,    Kansas City, MO 64141-1036
21051913        E-mail/PDF: mrdiscen@discover.com Jun 20 2015 00:45:11      Discover Card ***,    P.O. Box 30943,
                Salt Lake City, UT 84130
21051916       +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2015 00:36:28      GE Capital Retail Bank,
                Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
21051918       +E-mail/Text: ebn@ltdfin.com Jun 20 2015 00:39:37      LTD FINANCIAL SERVICES L.P.,
                7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
21051921       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 20 2015 00:36:52      Regional Acceptance Corp,
                1351 E. Bardin Rd.,    Suite 251,    Arlington, TX 76018-2136
21051922       +E-mail/PDF: pa_dc_claims@navient.com Jun 20 2015 00:36:30      Sallie Mae,    11100 USA Parkway,
                Fishers, IN 46037-9203
21558141       +E-mail/PDF: pa_dc_claims@navient.com Jun 20 2015 00:36:30      Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: kkrystave            Page 2 of 2            Date Rcvd: Jun 19, 2015
                              Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2015 at the address(es) listed below:
          Brian A Hart    on behalf of Joint Debtor Pamela A. Binder brian@rockfordbankruptcy.com,
           vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
          Brian A Hart    on behalf of Debtor John W. Binder brian@rockfordbankruptcy.com,
           vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
          James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                                  TOTAL: 5