## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: BINDER, JOHN W. § Case No. 13-83366
      BINDER, PAMELA A. §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $143,570.00       Assets Exempt: $38,850.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00       Claims Discharged
                                                      Without Payment: $207,461.99

Total Expenses of Administration: $7,076.40

---

    3) Total gross receipts of $ 9,399.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,323.00 (see **Exhibit 2**), yielded net receipts of $7,076.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $125,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,615.08 | 7,087.08 | 7,076.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 196,378.35 | 23,662.28 | 23,662.28 | 0.00 |
| **TOTAL DISBURSEMENTS** | $321,378.35 | $31,277.36 | $30,749.36 | $7,076.40 |

    4) This case was originally filed under Chapter 7 on September 30, 2013. The case was pending for 24 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2015    By: /s/JAMES E. STEVENS
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| J&P Comic Corner Assets include comic book and s | 1129-000 | 9,399.40 |
| **TOTAL GROSS RECEIPTS** | | **$9,399.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John and Pamela Binder | exemption regarding comic books and coins | 8100-002 | 2,323.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,323.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance | 4110-000 | 111,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Regional Acceptance Corp | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Disney Vacation | 4110-000 | 9,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$125,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,457.64 | 1,457.64 | 1,455.40 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3110-000 | N/A | 5,104.00 | 4,576.00 | 4,568.97 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3120-000 | N/A | 919.59 | 919.59 | 918.18 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.10 | 2.10 | 2.10 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.66 | 10.66 | 10.66 |
| Rabobank, N.A. | 2600-000 | N/A | 11.86 | 11.86 | 11.86 |
| Rabobank, N.A. | 2600-000 | N/A | 11.09 | 11.09 | 11.09 |
| Rabobank, N.A. | 2600-000 | N/A | 14.80 | 14.80 | 14.80 |
| Rabobank, N.A. | 2600-000 | N/A | 13.34 | 13.34 | 13.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,615.08 | $7,087.08 | $7,076.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | 806.29 | 963.28 | 963.28 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 8,056.22 | 8,259.72 | 8,259.72 | 0.00 |
| 3 | Sallie Mae | 7100-000 | 3,398.04 | 2,082.05 | 2,082.05 | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | 318.09 | 428.45 | 428.45 | 0.00 |
| 5 | Capital Recovery V, LLC | 7100-000 | N/A | 2,748.64 | 2,748.64 | 0.00 |
| 6 | Capital Recovery V, LLC | 7100-000 | N/A | 4,197.68 | 4,197.68 | 0.00 |
| 7 | Citibank, N.A. | 7100-000 | 0.00 | 4,982.46 | 4,982.46 | 0.00 |
| NOTFILED | Integrity Solution Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital Retail Bank | 7100-000 | 7,698.23 | N/A | N/A | 0.00 |
| NOTFILED | LTD FINANCIAL SERVICES L.P. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MRS Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Credit Card | 7100-000 | 1,240.35 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Services | 7100-000 | 4,599.53 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Omaha | 7100-000 | 5,469.61 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 54,684.73 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card *** | 7100-000 | 13,518.68 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 96,588.58 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $196,378.35 | $23,662.28 | $23,662.28 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83366  
**Case Name:** BINDER, JOHN W.  
BINDER, PAMELA A.  
**Period Ending:** 10/13/15

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/30/13 (f)  
**§341(a) Meeting Date:** 10/31/13  
**Claims Bar Date:** 04/10/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Real estate located at: 5729 Haddon Place, Rockf | 120,000.00 | 0.00 | | 0.00 | FA |
| 2  Disney timeshare | 5,000.00 | 0.00 | | 0.00 | FA |
| 3  Checking account with Alpine Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  Checking account with Chase Bank | 127.00 | 0.00 | | 0.00 | FA |
| 5  Misc. household goods and furnishings | 1,800.00 | 0.00 | | 0.00 | FA |
| 6  Historical items and artifacts | 1,000.00 | 0.00 | | 0.00 | FA |
| 7  Miscellaneous Disney paraphernalia | 250.00 | 0.00 | | 0.00 | FA |
| 8  Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 9  Miscellaneous jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 10  2 universal policies with Crown Life | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 11  Fixed term policy with Mass Mutual | 1.00 | 1.00 | | 0.00 | FA |
| 12  Fixed term policy with Stonebridge | 1.00 | 1.00 | | 0.00 | FA |
| 13  Fixed term policy with State of Illinois | 1.00 | 1.00 | | 0.00 | FA |
| 14  Retirement annuity with Bankers Life & Casualty- | Unknown | 0.00 | | 0.00 | FA |
| 15  Retirement annuity with Bankers Life & Casualty- | Unknown | 0.00 | | 0.00 | FA |
| 16  SURS account Current monthly benefit | Unknown | 0.00 | | 0.00 | FA |
| 17  J&P Comic Corner Assets include comic book and s | 10,000.00 | 7,677.00 | | 9,399.40 | FA |
| 18  Beneficiary of father's trust Zero value until h | 0.00 | 0.00 | | 0.00 | FA |
| 19  2009 Kia Rondo | 5,500.00 | 0.00 | | 0.00 | FA |
| 20  Chinchilla and fish | 40.00 | 40.00 | | 0.00 | FA |
| **20  Assets  Totals** (Excluding unknown values) | **$153,570.00** | **$14,720.00** | | **$9,399.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83366
**Case Name:** BINDER, JOHN W.
BINDER, PAMELA A.
**Period Ending:** 10/13/15

**Trustee:**  (330420)  JAMES E. STEVENS
**Filed (f) or Converted (c):**  09/30/13 (f)
**§341(a) Meeting Date:**  10/31/13
**Claims Bar Date:**  04/10/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  December 31, 2014    **Current Projected Date Of Final Report (TFR):**  March 5, 2015 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-83366  
**Case Name:** BINDER, JOHN W.  
BINDER, PAMELA A.  
**Taxpayer ID #:** **-***3226  
**Period Ending:** 10/13/15

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $780,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/14 | {17} | Jef Hinds | payment on collectibles | 1129-000 | 1,156.00 | | 1,156.00 |
| 02/12/14 | {17} | John W. Binder, M.D. | payment on collectibles | 1129-000 | 855.30 | | 2,011.30 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,001.30 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,991.30 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,981.30 |
| 05/19/14 | {17} | Jeff Hinds | sale of comic books | 1129-000 | 1,065.60 | | 3,046.90 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,036.90 |
| 06/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #13-83366, 016018067 | 2300-000 | | 2.10 | 3,034.80 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,024.80 |
| 07/08/14 | {17} | Jenna L. Bishoff | Payment for Comic Books and Playboys | 1129-000 | 3,500.00 | | 6,524.80 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,514.80 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,504.80 |
| 09/15/14 | {17} | Jeff Hinds | first payment on balance of comic book collection | 1129-000 | 600.00 | | 7,104.80 |
| 09/15/14 | {17} | Rockford Coin & Stamp | coin sale | 1129-000 | 422.50 | | 7,527.30 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.66 | 7,516.64 |
| 10/06/14 | {17} | Jef Hinds | second payment on balance of comic books | 1129-000 | 600.00 | | 8,116.64 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.86 | 8,104.78 |
| 11/05/14 | {17} | Jef Hinds | payment on comic books | 1129-000 | 600.00 | | 8,704.78 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.09 | 8,693.69 |
| 12/08/14 | {17} | Jef Hinds | last payment due on comic books | 1129-000 | 600.00 | | 9,293.69 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.80 | 9,278.89 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.34 | 9,265.55 |
| 03/19/15 | 102 | John and Pamela Binder | exemption regarding comic books and coins | 8100-002 | | 2,323.00 | 6,942.55 |
| 07/16/15 | 103 | JAMES E. STEVENS | Dividend paid 99.84% on $1,457.64, Trustee Compensation; Reference: | 2100-000 | | 1,455.40 | 5,487.15 |
| 07/16/15 | 104 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Combined Check for Claims#et_al. | | | 5,487.15 | 0.00 |
| | | | Dividend paid 99.84%   4,568.97 on $4,576.00; Claim# ; Filed: $5,104.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 99.84%   918.18 on $919.59; Claim# ; Filed: $919.59 | 3120-000 | | | 0.00 |

Subtotals :    $9,399.40    $9,399.40

{} Asset reference(s)

Printed: 10/13/2015 12:56 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 13-83366 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | BINDER, JOHN W. | | **Bank Name:** | Rabobank, N.A. |
| | BINDER, PAMELA A. | | **Account:** | ******5366 - Checking Account |
| **Taxpayer ID #:** | **-***3226 | | **Blanket Bond:** | $780,000.00  (per case limit) |
| **Period Ending:** | 10/13/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 9,399.40 | 9,399.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,399.40 | 9,399.40 | |
| | | | Less: Payments to Debtors | | | 2,323.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,399.40** | **$7,076.40** | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5366** | 9,399.40 | 7,076.40 | 0.00 |
| | **$9,399.40** | **$7,076.40** | **$0.00** |

{} Asset reference(s)    Printed: 10/13/2015 12:56 PM    V.13.25